UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAUREN FRILEY,

    Plaintiff,

v.                        Case No:  2:22-cv-655-JES-NPM

CREDIT ACCEPTANCE CORP. et al.,

    Defendants.

## ORDER

    This matter comes before the Court on plaintiff Lauren Friley and defendant Credit Acceptance Corporation's Joint Motion to Compel Plaintiff's Claims Against Credit Acceptance to Arbitration and To Stay Such Claims (Doc. #21) filed on December 15, 2022. The parties state that Plaintiff's claims against Credit Acceptance Corporation in this matter are covered by an arbitration provision contained within the December 19, 2014 Retail Installment Contract. (Doc. #21-1, pp. 4-5.) Thus, the parties agree that Plaintiff's claims against Credit Acceptance Corporation should be submitted to arbitration and request that such claims be stayed pending the outcome of arbitration. Upon review, the Court finds good cause to grant the motion. See Lawson v. Life of the S. Ins. Co., 648 F.3d 1166, 1170 (11th Cir. 2011).

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff Lauren Friley and defendant Credit Acceptance Corporation's Joint Motion to Compel Plaintiff's Claims Against Credit Acceptance to Arbitration and Stay Such Claims (Doc. #21) is **GRANTED**.

2. Plaintiff and Defendant Credit Acceptance Corporation shall proceed with arbitration pursuant to the terms of the December 19, 2014 Retail Installment Contract, and all claims against Credit Acceptance are **STAYED** pending the outcome of arbitration.

3. This Order shall have no impact on Plaintiff's claims against any remaining defendant.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of December, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record