UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**LAUREN FRILEY,**   CASE NO.: 2:22-CV-00655-JES-NPM

    **Plaintiff,**

v.

**CREDIT ACCEPTANCE CORPORATION et al.,**

    **Defendant,**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, LAUREN FRILEY, and Defendant EQUIFAX INFORMATION SERVICES, LLC, hereby notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate thirty (30) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: February 21, 2023

    **SHARMIN & SHARMIN, P.A.**
    830 North Federal Highway
    Lake Worth, FL 33460
    Telephone: 561-655-3925
    Fax: 561-202-9041
    Direct: 561-296-9109

    */s/ Kevin Rajabalee*
    Kevin Rajabalee, Esq.
    FBN: 119948
    Email: kevin@sharminlaw.com
    Eiman Sharmin, Esq.
    FBN: 716391
    Email: eiman@sharminlaw.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 21, 2023, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

                                            */s/ Kevin Rajabalee*
                                            Kevin Rajabalee, Esq.
                                            FBN: 119948
                                            *Counsel for Plaintiff*