UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAUREN FRILEY,

    Plaintiff,

v.                            Case No: 2:22-cv-655-JES-NPM

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

**ORDER**

    This matter comes before the Court on review of plaintiff's Status Report (Doc. #46) filed on April 29, 2024, in response to the Court's Order (Doc. #45). On December 16, 2022, the Court stayed the case as to the remaining defendant based on a joint motion and an arbitration provision in a Retail Installment Contract. (Doc. #22.) Plaintiff states that she did not pursue any claims in arbitration following the joint motion to compel arbitration and stay claims. Defendant did not file an answer or a motion for summary judgment in this case. The Court deems the claim abandoned as to Credit Acceptance Corporation and will dismiss the case for failure to prosecute.

    Accordingly, it is hereby

    **ORDERED:**

The case is dismissed without prejudice as to the remaining defendant for failure to prosecute. The Clerk shall remove the stay flag, terminate all deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of May 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record